Keith J. Miller, Esq.
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400

*Attorneys for Defendants*
*Allnurses.com, Inc. and Brian Short, R.N.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAST COAST TEST PREP LLC d/b/a ACHIEVE TEST PREP and MARK OLYNYK,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLNURSES.COM, INC., BRIAN SHORT, R.N., ABC COMPANIES 1-10 and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No. _____<br><br>*Document electronically filed.*<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCUEDRE 7.1** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies to the following information:

      1.      Allnurses.com, Inc. has no parent company, and there is no publicly held company that owns 10% or more of its stock.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 7, 2015

By:  s/ Keith J. Miller
Keith J. Miller, Esq.
Justin T. Quinn, Esq.
**ROBINSON MILLER LLC**
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400

*Attorneys for Defendants*
*Allnurses.com, Inc. and Brian Short, R.N.*