# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

May 19, 2015

## **LETTER ORDER**

Re:   **East Coast Test Prep LLC v. Allnurses.com, Inc., et. al.**
      **Civil Action No. 15-3202 (MCA)**

Dear Counsel:

As discussed on the telephone conference held on the record in this matter earlier today, Plaintiff is directed to submit a letter to the Court by **May 21, 2015** regarding Plaintiff's request to serve a subpoena. Defendant shall file a letter in response by **May 26, 2015.** The Court will notify the parties if a telephone conference will be scheduled.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**