

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

August 7, 2015

**VIA ECF**

Honorable Michael A. Hammer, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:  *East Coast Test Prep LLC, et al. v. Allnurses.com, Inc., et al.*
           **Civil Action No. 15-cv-3202 (MCA) (MAH)**

Dear Judge Hammer:

    This Firm represents Defendants Allnurses.com, Inc. and Brian Short, R.N. in the above-captioned matter. We write briefly in response to Plaintiffs' August 7, 2015 letter to the Court. (*See* ECF No. 37).

    Plaintiffs' August 7 correspondence—like many of Plaintiffs' recent submissions to the Court (*see* ECF Nos. 27, 29, & 31)—is a sur-reply filed without leave, in direct violation of Local Civil Rule 7.1(d)(6) and the case law interpreting that Rule. Consequently, we respectfully request that Plaintiffs' most-recent submission be stricken or, alternatively, disregarded.

    We thank the Court for its kind consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

                                 Respectfully,

                                 s/ Keith J. Miller
                               Keith J. Miller

cc:    All counsel of record (*via* ECF)